UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80210-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MARIO PADILLA,
    Defendant.

------------------------------------------/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** come before the court upon the report and recommendation of a United States Magistrate Judge on a petition for Ancillary Hearing, [DE 511], and motion for extension of time to file petition for Ancillary Hearing, [DE 510], filed by Mortgage Electronic Registration Systems Inc., "MERS", on July 21, 2006, [DE 455], and August 14, 2006, [DE 481], respectively. Upon consideration of the report and recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendation are **adopted**.

2. The settlement agreement, [DE 507], is **approved**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _21st_ day of November, 2006.

                                              Daniel T. K. Hurley
                                              United States District Judge

**copy furnished:**
Magistrate Judge Ann E. Vitunac
Counsel of Record