UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80210-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

vs.

MARIO PADILLA,

Defendant.
_____/

FILED by ___ D.C.

APR 1 9 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on an "endorsed" Order of Reference from United States District Judge Daniel T.K. Hurley for "resolution" of the motions filed by J.P. Morgan Chase Bank, N.A. ("Chase") on December 15, 2006 (DE 531). Pending before the Court is Chase's Petition to Determine Validity of Interest in Real Property. (DE 529-2). On April 18, 2007, the United States of America and Chase filed a Stipulated Expedited Settlement Agreement (the "Settlement Agreement"). (DE 545).

Upon review of the Settlement Agreement, this Court RECOMMENDS to the District Court that the Petition to Determine Validity of Interest in Real Property (DE 529-2) be DENIED as MOOT. The Court further RECOMMENDS that the Settlement Agreement (DE 545) be APPROVED.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T.K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(c). Failure to file timely objections may limit the scope of appellate review of factual findings contained

herein.  See <u>United States v. Warren</u>, 687 F.2d 347, 348 (11th Cir.1982) <u>cert. denied</u>, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this ___19___ day of April, 2007.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T. K. Hurley
Counsel of Record

2