UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80210-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MARIO PADILLA,
    Defendant.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** come before the court upon the Report and Recommendation of a United States Magistrate Judge as to a resolution of the motions filed by J.P. Morgan Chase Bank, N.A. ("Chase") on December 15, 2006, [DE 531]. Pending before the court is Chase's Petition to determine validity of interest in real property, [DE 529-2]. Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. The petition to determine validity of interest in real property, [DE 529-2] is **denied as moot** and the settlement agreement, [DE 545], is **approved**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 11th day of May, 2007.

**copy furnished:**
U.S. Magistrate Judge Ann Vitunac
AUSA Kimberly Dunn Abel
Edward J. Abramson, Esq.

Daniel T. K. Hurley
United States District Judge